HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MICHAEL CHRISTOPHER RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHRISTOPHER RAMIREZ,<br><br>Defendants. | Case No. 2:21-mj-169 CKD<br><br>DEFENSE FILING IN SUPPORT OF REQUEST FOR RELEASE<br><br>Time: 2:00 P.M.<br>Date: November 3, 2021<br>Court: Honorable Carolyn K. Delaney |

In support of the defense request for release from custody, Mr. Michael Christopher Ramirez, through undersigned counsel, submits the attached letters of support from the following individuals:

- **Exhibit A: Ali Meders-Knight (employer):** verification of Mr. Ramirez' employment at the Mechoopda Cultural Resources Preservation Enterprise.

- **Exhibit B: Christina Harrison (sister):** description of Mr. Ramirez' lifestyle and accomplishments in recent history.

- **Exhibit C: Jennifer Castro (family friend):** letter of support.

- **Exhibit D: Sara Gallardo (cousin):** letter of support.

-1-

These letters speak to Mr. Ramirez' history and characteristics, in particular his character, mental condition, family ties, employment, community ties, history relating to drug or alcohol abuse. *See* 18 U.S.C. sec. 3142(g)(3). They also speak to the lack of dangerousness to the community or any one person posed by his release. *See* 18 U.S.C. sec 3142(g)(4).

Dated: November 3, 2021         Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Public Defender

                                */s/ Hannah R. Labaree*
                                HANNAH R. LABAREE
                                Assistant Federal Defender

                                Attorneys for Defendant
                                MICHAEL CHRISTOPHER RAMIREZ