UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 04, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL CHRISTOPHER RAMIREZ,

Defendant.

Case No. 2:21-mj-169-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL CHRISTOPHER RAMIREZ , Case No. 2:21-mj-169-CKD  Charge 18 USC §§ 922(g)(1) and 922(a)(6) , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

  X     Unsecured Appearance Bond $  50,000.00 co-signed by Frank Christino Ramirez and Ruth Leon Carter-Florez

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X     (Other): Defendant is to be released at 9:00 AM on 11/5/2021.

Issued at Sacramento, California on November 04, 2021 at _2:49 pm_

By: /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney